**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45448-ABG |
| | § | |
| PRISCILLA MORALES | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/31/2011, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/04/2011    By: /s/ David P. Leibowitz
                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45448-ABG |
| | § | |
| PRISCILLA MORALES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $1,892.38
*and approved disbursements of*     $425.56
*leaving a balance on hand of[1] :*     $1,466.82

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,466.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $366.82 | $0.00 | $366.82 |
| David P. Leibowitz, Trustee Expenses | $3.24 | $0.00 | $3.24 |

Total to be paid for chapter 7 administrative expenses:     $370.06
Remaining balance:     $1,096.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Remaining balance: | $1,096.76 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,096.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,071.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,291.83 | $0.00 | $141.31 |
| 2 | Asset Acceptance, LLC   assignee CITIBANK | $3,910.98 | $0.00 | $104.44 |
| 3 | Asset Acceptance, LLC   assignee CITIBANK | $14,338.41 | $0.00 | $382.89 |
| 4 | Asset Acceptance, LLC assignee The RoomPlace /wfn | $5,886.66 | $0.00 | $157.20 |
| 5 | Capital One Bank (USA), N.A. | $7,362.30 | $0.00 | $196.60 |
| 6 | American Express Centurion Bank | $4,280.84 | $0.00 | $114.32 |

| | Total to be paid to timely general unsecured claims: | $1,096.76 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-45448-ABG
Priscilla Morales                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 1           Date Rcvd: Aug 05, 2011
                               Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2011.
```
db         +Priscilla Morales,    1832 N. Kedzie Apt. #2,    Chicago, IL 60647-4912
aty        +Diane A Aniolowski,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16259481   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16805594    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16638971   +Asset Acceptance, LLC assignee The RoomPlace /wfn,    PO Box 2036,    Warren, MI 48090-2036
16259483   +Blatt, Hassenmiller, Leibsker,    & Moore LLC,    125 South Wacker Dr, Suite 400,
             Chicago, IL 60606-4440
16678887    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK 73124-8839
16259485   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16259487   +Luz N. Plaza,    1832 N. Kedzie #1,    Chicago, IL 60647-4912
16259489   +State Farm Fncl Svcs F,    Attn: Loan Servicing,    Po Box 31557,    Billings, MT 59107-1557
16259490   +The Albert Lawfirm,    205 W. Randolph Street,    Suite 920,    Chicago, IL 60606-1814
16259491   +Tnb-visa,   Po Box 560284,    Dallas, TX 75356-0284
16259492   +Wfnnb/roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16259482    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 06 2011 00:32:54     Asset Acceptance,
             Po Box 2036,    Warren, MI 48090-2036
16638914    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 06 2011 00:32:54
             Asset Acceptance, LLC    assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
16259484    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2011 01:32:11     Capital One, N.a.,
             C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16628909     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2011 01:32:32     Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16259486    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2011 01:32:32     Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16259488    +E-mail/Text: brenden.magnino@mcmcg.com Aug 06 2011 00:32:56     Midland Credit Management,
             Po Box 939019,    San Diego, CA 92193-9019
                                                                                               TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2011**                **Signature:**    _Joseph Speetjens_