**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45448-ABG |
| | § | |
| PRISCILLA MORALES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,900.00 | Assets Exempt: | $4,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,096.76 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $370.52 | | |

3) Total gross receipts of $1,892.38 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $425.10 (see **Exhibit 2),** yielded net receipts of $1,467.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $370.52 | $370.52 | $370.52 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,907.00 | $41,071.02 | $41,071.02 | $1,096.76 |
| **Total Disbursements** | $52,907.00 | $41,441.54 | $41,441.54 | $1,467.28 |

4). This case was originally filed under chapter 7 on 10/11/2010. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2012          By:    /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Anticipated Tax Refund | 1224-000 | $1,892.23 |
| Interest Earned | 1270-000 | $0.15 |
| **TOTAL GROSS RECEIPTS** | | **$1,892.38** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Priscilla Morales | Exemptions | 8100-002 | $425.10 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$425.10** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $366.82 | $366.82 | $366.82 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.24 | $3.24 | $3.24 |
| Green Bank | 2600-000 | NA | $0.46 | $0.46 | $0.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $370.52 | $370.52 | $370.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,291.00 | $5,291.83 | $5,291.83 | $141.31 |
| 2 | Asset | 7100-900 | $3,628.00 | $3,910.98 | $3,910.98 | $104.44 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Acceptance, LLC assignee CITIBANK | | | | | |
| 3 | Asset Acceptance, LLC assignee CITIBANK | 7100-900 | $13,246.00 | $14,338.41 | $14,338.41 | $382.89 |
| 4 | Asset Acceptance, LLC assignee The RoomPlace /wfn | 7100-900 | NA | $5,886.66 | $5,886.66 | $157.20 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $6,840.00 | $7,362.30 | $7,362.30 | $196.60 |
| 6 | American Express Centurion Bank | 7100-900 | $4,280.00 | $4,280.84 | $4,280.84 | $114.32 |
| | Blatt, Hassenmiller, Leibsker | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $2,630.00 | NA | NA | $0.00 |
| | Midland Credit Management | 7100-000 | $5,112.00 | NA | NA | $0.00 |
| | State Farm Fncl Svcs F | 7100-000 | $1.00 | NA | NA | $0.00 |
| | The Albert Lawfirm | 7100-000 | $1,950.00 | NA | NA | $0.00 |
| | Tnb-visa | 7100-000 | $5,006.00 | NA | NA | $0.00 |
| | Wfnnb/roomplace | 7100-000 | $4,923.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,907.00 | $41,071.02 | $41,071.02 | $1,096.76 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1
Exhibit 8

| Case No.: | 10-45448-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MORALES, PRISCILLA | Date Filed (f) or Converted (c): | 10/11/2010 (f) |
| For the Period Ending: | 1/26/2012 | §341(a) Meeting Date: | 12/06/2010 |
| | | Claims Bar Date: | 03/22/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Checking account with Chase | $700.00 | $0.00 | DA | $0.00 | FA |
| 2  Miscellaneous used household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Used books, pictures and CDs | $150.00 | $0.00 | DA | $0.00 | FA |
| 4  Personal used clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 5  401K through employer - 100% exempt | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  1999 Jeep Grand Cherokee with 155,000 miles Value based on Kelley Blue Book - Private Party Value | $2,850.00 | $0.00 | DA | $0.00 | FA |
| 7  2010 Anticipated Tax Refund  (u) | Unknown | $1,892.23 | DA | $1,892.23 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $0.15 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$4,900.00     $1,892.23        $1,892.38     $0.00

**Major Activities affecting case closing:**
Anticipated Tax Refund
TFR completed for trustee's review.
TFR sent to Tom for review and approval.
TDR completed sent to Tom for review.

**Initial Projected Date Of Final Report (TFR):** 12/31/2011      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 02/09/2012     DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-45448-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MORALES, PRISCILLA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0929 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/11/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,467.28 | | $1,467.28 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.46 | $1,466.82 |
| 08/31/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.24 | $1,463.58 |
| 08/31/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $366.82 | $1,096.76 |
| 08/31/2011 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 5,291.83; Amount Allowed: 5,291.83; Distribution Dividend: 2.67; | 7100-900 | | $141.31 | $955.45 |
| 08/31/2011 | 5004 | Asset Acceptance, LLC assignee CITIBANK | Claim #: 2; Amount Claimed: 3,910.98; Amount Allowed: 3,910.98; Distribution Dividend: 2.67; | 7100-900 | | $104.44 | $851.01 |
| 08/31/2011 | 5005 | Asset Acceptance, LLC assignee CITIBANK | Claim #: 3; Amount Claimed: 14,338.41; Amount Allowed: 14,338.41; Distribution Dividend: 2.67; | 7100-900 | | $382.89 | $468.12 |
| 08/31/2011 | 5006 | Asset Acceptance, LLC assignee The RoomPlace | Claim #: 4; Amount Claimed: 5,886.66; Amount Allowed: 5,886.66; Distribution Dividend: 2.67; | 7100-900 | | $157.20 | $310.92 |
| 08/31/2011 | 5007 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 7,362.30; Amount Allowed: 7,362.30; Distribution Dividend: 2.67; | 7100-900 | | $196.60 | $114.32 |
| 08/31/2011 | 5008 | American Express Centurion Bank | Claim #: 6; Amount Claimed: 4,280.84; Amount Allowed: 4,280.84; Distribution Dividend: 2.67; | 7100-900 | | $114.32 | $0.00 |
| | | | **TOTALS:** | | $1,467.28 | $1,467.28 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,467.28 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,467.28 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,467.28 | |

| For the period of 10/11/2010 to 1/26/2012 | | For the entire history of the account between 06/29/2011 to 1/26/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,467.28 | Total Internal/Transfer Receipts: | $1,467.28 |
| | | | |
| Total Compensable Disbursements: | $1,467.28 | Total Compensable Disbursements: | $1,467.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,467.28 | Total Comp/Non Comp Disbursements: | $1,467.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-45448-ABG | |
| **Case Name:** | MORALES, PRISCILLA | |
| **Primary Taxpayer ID #:** | ******0929 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/11/2010 | |
| **For Period Ending:** | 1/26/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5448 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/26/2011 | (7) | United States Treasury | | 1224-000 | $1,892.23 | | $1,892.23 |
| 04/27/2011 | 1001 | Priscilla Morales | Entitled portion of tax refund. | 8100-002 | | $425.10 | $1,467.13 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.01 | | $1,467.14 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $1,467.22 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.06 | | $1,467.28 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,467.28 | $0.00 |
| | | | **TOTALS:** | | $1,892.38 | $1,892.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,467.28 | |
| | | | **Subtotal** | | $1,892.38 | $425.10 | |
| | | | **Less: Payments to debtors** | | $0.00 | $425.10 | |
| | | | **Net** | | $1,892.38 | $0.00 | |

| **For the period of 10/11/2010 to 1/26/2012** | | **For the entire history of the account between 04/26/2011 to 1/26/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,892.38 | Total Compensable Receipts: | $1,892.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,892.38 | Total Comp/Non Comp Receipts: | $1,892.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $425.10 | Total Non-Compensable Disbursements: | $425.10 |
| Total Comp/Non Comp Disbursements: | $425.10 | Total Comp/Non Comp Disbursements: | $425.10 |
| Total Internal/Transfer Disbursements: | $1,467.28 | Total Internal/Transfer Disbursements: | $1,467.28 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-45448-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MORALES, PRISCILLA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0929 | Money Market Acct #: | ******5448 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/11/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,892.38 | $1,892.38 | $0.00 |

| For the period of **10/11/2010** to **1/26/2012** | | For the entire history of the case between **10/11/2010** to **1/26/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,892.38 | Total Compensable Receipts: | $1,892.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,892.38 | Total Comp/Non Comp Receipts: | $1,892.38 |
| Total Internal/Transfer Receipts: | $1,467.28 | Total Internal/Transfer Receipts: | $1,467.28 |
| Total Compensable Disbursements: | $1,467.28 | Total Compensable Disbursements: | $1,467.28 |
| Total Non-Compensable Disbursements: | $425.10 | Total Non-Compensable Disbursements: | $425.10 |
| Total Comp/Non Comp Disbursements: | $1,892.38 | Total Comp/Non Comp Disbursements: | $1,892.38 |
| Total Internal/Transfer Disbursements: | $1,467.28 | Total Internal/Transfer Disbursements: | $1,467.28 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ